UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL ALEXANDER WESCOTT,

Plaintiff,

v.

JIM UPSHAW, et al.,

Defendants.

Case No. 19-cv-01640-WHO

**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING CASE FOR LACK OF JURISDICTION**

Re: Dkt. No. 11

On June 12, 2019, Judge Westmore issued a Report and Recommendation recommending that this case be dismissed for lack of jurisdiction. Specifically, Judge Westmore determined that diversity jurisdiction could not be established under Westcott's Amended Complaint [Dkt. No. 10] because both Wescott and defendant HPA Mortgage, LLC (as well as HPA's managing member) are citizens of California. Dkt. No. 11.

Objections to Judge Westmore's Report and Recommendation were due by July 1, 2019. As of the date of this Order, no objections or other response has been filed.

Reviewing the record in this case and Judge Westmore's Report and Recommendation, I find Judge Westmore's report thorough and correct; I adopt it in every respect. Accordingly, the complaint is dismissed without prejudice for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: July 19, 2019

William H. Orrick
United States District Judge